E-FILED
Wednesday, 14 September, 2011 02:40:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KEOKUK JUNCTION RAILWAY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 11-1139 |
| TOLEDO, PEORIA & WESTERN RAILWAY CORP., | ) ) ) ) | |
| Defendant. | ) | |

**O R D E R**

On August 22, 2011, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Suffice it to say that Plaintiff has brought this litigation alleging that Defendant, Toledo, Peoria & Western Railway ("TP&W"), failed to comply with its obligation to deliver a quitclaim deed and other records following the closing on the sale of a rail line to Plaintiff, Keokuk Junction Railway Co. ("KJRC"). TP&W moved to dismiss the Complaint, arguing that KJRC's claim is barred by the four-year federal catch-all statute of limitations, 28 U.S.C. § 1658(a). The Court concurs with the Magistrate Judge's detailed discussion and

recommendation that TP&W has misconstrued the applicable statute of limitations and that the claim is timely under Illinois' five-year catch-all statute, 735 ILCS 5/13-205.

Accordingly, the Court now adopts the Report & Recommendation [#10] of the Magistrate Judge in its entirety. Defendant's Motion to Dismiss [#8] is DENIED. TP&W is directed to answer the Complaint within 21 days of this Order, and this matter is again REFERRED to Magistrate Judge Cudmore for further proceedings.

ENTERED this 14th day of September, 2011.

                                                        s/ James E. Shadid
                                                        James E. Shadid
                                                        United States District Judge